JAMES R. HAWKINS, APLC
James R. Hawkins, CA Bar No. 192925
james@jameshawkinsaplc.com
Gregory Mauro, CA Bar No. 222239
greg@jameshawkinsaplc.com
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: 949.387.7200
Facsimile: 949.387.6676

Attorneys for Plaintiff Jasmaine Shaw, Individually and on Behalf of Other Members of the Public Similarly Situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMAINE SHAW<br><br>Plaintiff(s),<br><br>v.<br><br>ABERCROMBIE & FITCH CO., et al.,<br><br>Defendant(s). | Case No. 8:19-CV-01490-JGB-EX<br>Hon. Jesus G. Bernal<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; ATTORNEYS' FEES, COSTS, SERVICE AWARD, AND ADMINISTRATION COSTS; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>[Proposed Order and Declarations of Class Counsel James Hawkins, Administrator Nathalie Hernandez, and Plaintiff Shaw filed concurrently herewith]<br><br>**Hearing Date**:<br>April 25, 2022 at 09:00 a.m.<br>Courtroom: 1<br><br>Complaint Filed: May 8, 2019<br>Case Removed: July 31, 2019 |

NOTICE IS HEREBY GIVEN that on April 25, 2022 at 09:00 a.m. before the Honorable Jesus G. Bernal in Courtroom 1 of the of the United States District Court, Central District of California, located at 3470 Twelfth Street Riverside, CA 92501-3801, Plaintiff Shaw ("Plaintiff"), on behalf of the certified Class for settlement purposes, will and hereby does move this Court for an Order which will:

1. Finally adjudicate the parties' Stipulation of Class and Representative Action Settlement ("Settlement" or "Settlement Agreement"). Settlement as fair, adequate, and reasonable;

2. Direct distribution of the Settlement benefits by the Settlement Administrator to all participating class members or Settlement Class Members in accordance with the Settlement Agreement;

3. Approve and direct the payment to the Settlement Administrator from the Maximum Settlement Amount or MSA of $100,000 for its fees and costs in administering the Settlement in accordance with the Settlement Agreement;

4. Approve and direct payment to Class Counsel in the amount of 1/3 of GSF for their attorneys' fees in the sum of $1,000,000 and reimbursement of their actual litigation costs of $17,770.66 in accordance with the Settlement Agreement.

5. Approve and direct the Class Representative Service Awards to be paid from the MSA to the Plaintiff Shaw in the sum of $7,500 in accordance with the Settlement Agreement;

6. Approve the PAGA Penalty Payment in the sum of $150,000.00 ("PAGA Payment"), of which seventy-five percent ($112,500.00) will be paid to the California Labor Workforce Development Agency ("LWDA") and 25% of which ($37,500.00) will be distributed to the

1  Aggrieved Employees; and

2  7.   Direct the Clerk of Court to enter final judgment; and without affecting the finality of the final judgment, to reserve the Court's continuing jurisdiction over the Parties for the purpose of implementing, enforcing, or administering the Settlement.

This Motion is made on the grounds the proposed Settlement, which was preliminarily approved by this Court on October 15, 2021 [Dkt. No. 35] is the product of arms'-length, good-faith negotiations, and is fair and reasonable to the Class who have embraced the Settlement as there is a 99.9% participation rate, with one (1) exclusion and zero objections. The proposed Settlement should now be finally approved, as more fully discussed in the attached Memorandum of Points and Authorities in Support of Final Approval of Class Action Settlement and entering Final Judgment.

This Motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities, the Declarations of Class Counsel, the Declaration of Nathalie Hernandez on behalf of ILYM Group, Inc., the Declaration of Plaintiff Shaw, the Order Granting Preliminary Approval of Class Action Settlement, and such other records and files in this action, and such other matters as may be properly presented at or before the hearing.

The Parties have met and conferred regarding the substance of this Motion and Plaintiff anticipates no objection to this Motion from Defendant.

Dated: March 28, 2022          JAMES HAWKINS, APLC

                               /s/ Gregory Mauro
                               James R. Hawkins, Esq.
                               Gregory Mauro, Esq.

                               Attorneys for Plaintiff, individually and on
                               behalf of the Settlement Class

2

<u>CERTIFICATE OF SERVICE</u>

State of California )
) ss
County of Orange )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to this action. My business address is: 9880 Research Drive Suite 200, Irvine, CA 92618.

I hereby certify that on March 28, 2022 I served on the interested parties in this action the following document(s) entitled:

- **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; ATTORNEYS' FEES, COSTS, SERVICE AWARD, AND ADMINISTRATION COSTS; MEMORANDUM OF POINTS AND AUTHORITIES**
- **MEMORANDUM OF POINTS AND AUTHORITIES ISO PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; ATTORNEYS' FEES, COSTS, SERVICE AWARDS, AND ADMINISTRATION COSTS**
- **DECLARATION OF JAMES R. HAWKINS IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; ATTORNEYS' FEES, COSTS, SERVICE AWARDS, AND ADMINISTRATION COSTS**
- **DECLARATION OF JASMAINE SHAW IN SUPPORT OF PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**
- **DECLARATION OF NATHALIE HERNANDEZ OF ILYM GROUP, INC., IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

1  • **[PROPOSED] FINAL ORDER AND JUDGMENT GRANTING PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

[XX] by placing [ ] the original [ ] a true copy thereof enclosed in a sealed envelope addressed as follows:

SERVICE LIST
EMILY T. PATAJO, Bar No. 250212
epatajo@littler.com
RACHAEL LAVI, Bar No. 294443
rlavi@littler.com
CASSIDY C. VEAL, Bar No. 323899
cveal@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor Los Angeles, CA 90067.3107
Telephone: 310.553.0308
Facsimile: 310.553.5583
Attorneys for Defendants
ABERCROMBIE & FITCH CO., ABERCROMBIE & FITCH STORES, INC. AND HOLLISTER CO.

[XX] I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, for the Central District of California using the CM/ECF system. All participants are registered CM/ECF users, and will be served by the CM/ECF system.

[XX] I electronically submitted the forgoing with the Labor and Workforce Development using the LWDA Website: http://www.dir.ca.gov/Private-Attorneys-General-Act

[XX] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    I declare under penalty of perjury under the laws of the State of California and The United States of America that the above is true and correct.

Executed on March 28, 2022 at Irvine, California.

                                                        */s/Nicole Miccolis*
                                                        Nicole Miccolis