JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMAINE SHAW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ABERCROMBIE & FITCH CO., an Ohio corporation; ABERCROMBIE & FITCH STORES, INC., an Ohio corporation; HOLLISTER COMPANY, an Ohio corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 8:19-cv-01490-JGB (Ex)<br><br>*Honorable Jesus G. Bernal*<br><br><br>**JUDGMENT** |

The Court, upon reviewing and considering the unopposed motion for final approval of class action settlement, attorneys' fees, and costs (the "Motion," Dkt. No. 38) of Plaintiff Jasmaine Shaw, the Court **ORDERS** that judgment shall be and hereby is entered in the above-captioned action on the terms set forth in the Court's Order Granting Plaintiff's Motion for Final Approval of Amended Class Action Settlement, Attorneys' Fees, and Costs (the "Order"), which is incorporated by this reference as though set forth in full.

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** as follows:

1. Plaintiff's Motion is **GRANTED**.
2. The Court **GRANTS** final approval to the parties' Settlement Agreement. The Court finds that the Settlement Agreement is fair, adequate, and reasonable, appears to be the product of arm's-length and informed negotiations, and treats all members of the class fairly. The parties shall perform their obligations pursuant to the terms of the Settlement Agreement and the Order.

3. The following class is certified under Federal Rule of Civil Procedure 23(c) for settlement purposes:

    a. All individuals who worked for Defendants in California as a non-exempt, hourly paid employee at any time during the period from August 8, 2018 through preliminary approval or July 9, 2021, whichever date is sooner.

4. The form, manner, and content of the Class Notice meet the requirements of Federal Rules of Civil Procedure 23(c)(2).

5. Plaintiff Jasmaine Shaw shall be paid a service award of $7,500 in accordance with the terms of the Settlement Agreement, the Order, and this Judgment.

6. Class Counsel shall be paid $1,000,000 in attorneys' fees and $17,770.66 in costs in accordance with the terms of the Settlement Agreement and the Order.

7. The Settlement Administrator, ILYM Group, Inc., shall be paid $100,000 in settlement administration costs in accordance with the terms of the Settlement Agreement and the Order.

8. The Agreement allocates $150,000 of the gross settlement to PAGA penalties ("PAGA Payment").  Seventy-five percent of the PAGA Payment, or $112,500, shall be paid to the California Labor and Workforce Development Agency; and the remaining 25%, or $37,500, shall be distributed to Aggrieved Employees as part of their individual settlement payments, in accordance with the terms of the Settlement Agreement.

9. All Class Members who did not validly and timely request exclusion from the Settlement have released their claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).

10. Except as to any Class Members who have validly and timely requested exclusion, this action is **DISMISSED WITH PREJUDICE**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders

of this Court.

11. Without affecting the finality of the Order, the Court retains jurisdiction over the parties, including Class Members, for the purposes of construing, enforcing, and administering the Order and Judgment, as well as the Settlement Agreement itself.

The Clerk is **DIRECTED** to enter this Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

Dated: April 25, 2022

_____
Honorable Jesus G. Bernal
United States District Judge